DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
CESAR ALEJANDRO PACHECO-ALVAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>            Plaintiff,                )<br>                                      )<br>      v.                              )<br>                                      )<br>CESAR ALEJANDRO PACHECO-              )<br>ALVAREZ,                              )<br>                                      )<br>            Defendant.                )<br>_____) | NO. CR-S-10-196 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME**<br><br>Date:  October 8, 2010<br>Time:  8:30 a.m.<br>Judge: Garland E. Burrell, Jr. |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michele Beckwith, Assistant United States Attorney, attorney for Plaintiff, and Matthew C. Bockmon, Assistant Federal Defender, attorney for Defendant, CESAR ALEJANDRO PACHECO-ALVAREZ, that the status conference hearing date of Friday, September 3, 2010, be vacated and a new status conference hearing date of **Friday, October 8, 2010, at 8:30 a.m.** be set.

　　　The reason for this continuance is because defense counsel has just received the pre-plea report and needs additional time to review and discuss the report with Mr. Pacheco-Alvarez, and for defense preparation.

1  Based upon the foregoing, the parties agree that the time under
2  the Speedy Trial Act should be excluded from the date of signing of
3  this order through and including October 8, 2010, pursuant to 18 U.S.C.
4  §3161 (h)(7)(B)(iv)[reasonable time to prepare] and Local Code T4 based
5  upon continuity of counsel and defense preparation.

Dated:   September 1, 2010

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                         /s/ Matthew C. Bockmon
                                        MATTHEW C. BOCKMON
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        CESAR ALEJANDRO PACHECO-ALVAREZ


Dated:   September 1, 2010              BENJAMIN WAGNER
                                        United States Attorney


                                         /s/ Matthew C. Bockmon for
                                        MICHELE BECKWITH
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

### O R D E R

**IT IS SO ORDERED.**  Time is excluded from today's date through and including October 8, 2010, in the interests of justice pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated:   September 1, 2010

                                        _____
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge