DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
CESAR ALEJANDRO PACHECO-ALVAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                               )<br>          Plaintiff,           )<br>                               )<br>     v.                        )<br>                               )<br> CESAR ALEJANDRO PACHECO-      )<br> ALVAREZ,                      )<br>                               )<br>          Defendant.           )<br> _____ ) | NO. CR-S-10-196 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME**<br><br>Date:  October 29, 2010<br>Time:  8:30 a.m.<br>Judge: Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michele Beckwith, Assistant United States Attorney, attorney for Plaintiff, and Matthew C. Bockmon, Assistant Federal Defender, attorney for Defendant, CESAR ALEJANDRO PACHECO-ALVAREZ, that the status conference hearing date of Friday, October 15, 2010, be vacated and a new status conference hearing date of **Friday, October 29, 2010, at 8:30 a.m.** be set.

   The reason for this continuance is because defense counsel needs additional time to review the pre-plea report with Mr. Pacheco-Alvarez and for meetings between the parties with the goal being to resolve the case by way of a disposition.

/ / /

1   Based upon the foregoing, the parties agree that the time under
2   the Speedy Trial Act should be excluded from the date of signing of
3   this order through and including October 29, 2010, pursuant to 18
4   U.S.C. §3161 (h)(7)(B)(iv)[reasonable time to prepare] and Local Code
5   T4 based upon continuity of counsel and defense preparation.

Dated:  October 13, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender


 /s/ Matthew C. Bockmon
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
CESAR ALEJANDRO PACHECO-ALVAREZ


Dated:  October 13, 2010          BENJAMIN B. WAGNER
                                  United States Attorney


                                   /s/ Matthew C. Bockmon for
                                  MICHELE BECKWITH
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.**  Time is excluded from today's date through and
including October 29, 2010, in the interests of justice pursuant to
18 U.S.C. §3161 (h)(7)(B)(iv) [reasonable time to prepare] and Local
Code T4.

Dated:  October 14, 2010


_____
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation/Order                          2