DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
CESAR ALEJANDRO PACHECO-ALVAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CESAR ALEJANDRO PACHECO-ALVAREZ, ) <br> ) <br> Defendant. ) <br> _____ ) | NO. CR-S-10-196 GEB <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME** <br><br> Date:  November 19, 2010 <br> Time:  9:00 a.m. <br> Judge: Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michele Beckwith, Assistant United States Attorney, attorney for Plaintiff, and Matthew C. Bockmon, Assistant Federal Defender, attorney for Defendant, CESAR ALEJANDRO PACHECO-ALVAREZ, that the status conference hearing date of Friday, October 29, 2010, be vacated and a new status conference hearing date of **Friday, November 19, 2010, at 9:00 a.m.** be set.

The reason for this continuance is because additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition. In addition, defense counsel will be unavailable as he will be out of the office on sick leave.

1  Based upon the foregoing, the parties agree that the time under
2  the Speedy Trial Act should be excluded from the date of signing of
3  this order through and including November 19, 2010, pursuant to 18
4  U.S.C. §3161 (h)(7)(B)(iv)[reasonable time to prepare] and Local Code
5  T4 based upon continuity of counsel and defense preparation.
6  Dated:  October 28, 2010

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


                                     /s/ Matthew C. Bockmon
                                    MATTHEW C. BOCKMON
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    CESAR ALEJANDRO PACHECO-ALVAREZ


Dated:  October 28, 2010            BENJAMIN B. WAGNER
                                    United States Attorney


                                     /s/ Matthew C. Bockmon for
                                    MICHELE BECKWITH
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff


                            **O R D E R**

   **IT IS SO ORDERED.**  Time is excluded from today's date through and
including November 19, 2010, in the interests of justice pursuant to
18 U.S.C. §3161 (h)(7)(B)(iv) [reasonable time to prepare] and Local
Code T4.

Dated:  October 28, 2010


                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge


Stipulation/Order                   2