DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
CESAR PACHECO ALVAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S 10-196 GEB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME |
| CESAR PACHECO ALVAREZ, | |
| Defendant. | Date  January 28, 2011<br>Time:  9:00 a.m.<br>Judge: Hon. BURRELL |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michele Beckwith, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant CESAR PACHECO ALVAREZ, that the status conference scheduled for January 7, 2011, be vacated and the matter be continued to this Court's criminal calendar on January 28, 2011, at 9:00 a.m. for further status and possibly change of plea.

This continuance is requested by the defense in order to continue in negotiations with the prosecution in an attempt to finalize a plea agreement and continue in negotiations with the prosecution.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy

1 Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §
2 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the
3 ends of justice served in granting the continuance and allowing the
4 defendant further time to prepare outweigh the best interests of the
5 public and the defendant in a speedy trial.
6     The Court is advised that all counsel have conferred about this
7 request, that they have agreed to the January 21, 2011, date, and that
8 Ms. Beckwith has authorized Ms. Santos to sign this stipulation on her
9 behalf.

12     **IT IS SO STIPULATED.**

14 Dated: Jan. 6, 2011                /S/ Dina L. Santos
                                      DINA L. SANTOS
15                                    Attorney for
                                      CESAR PACHECO ALVAREZ

17 Dated: Jan 6, 2011                 /S/ Michele Beckwith
                                      MICHELE BECKWITH
18                                    Assistant United States Attorney
                                      Attorney for Plaintiff

21                              **O R D E R**

22     **IT IS SO ORDERED.**

23 Dated: January 18, 2011

                                      _____
25                                    GARLAND E. BURRELL, JR.
                                      United States District Judge

Stipulation and Order                 2