DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
CESAR PACHECO ALVAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S 10-196 GEB |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER VACATING |
| v. | ) DATE, CONTINUING CASE, AND |
| | ) EXCLUDING TIME |
| CESAR PACHECO ALVAREZ, | ) |
| Defendant. | ) |
| | ) Date   2/4/11, 2011 |
| _____ | ) Time:  9:00 a.m. |
| | ) Judge: Hon. BURRELL |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michele Beckwith, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant CESAR PACHECO ALVAREZ, that the status conference scheduled for January 28, 2011, be vacated and the matter be continued to this Court's criminal calendar on February 4, 2011, at 9:00 a.m. for further status and possibly change of plea.

This continuance is requested by the defense in order to continue in negotiations with the prosecution in an attempt to finalize a plea agreement and continue in negotiations with the prosecution.  Mr. Pacheco Alvarez is currently housed in Butte County and counsel needs additional time to review the plea agreement with Mr. Pacheco Alvarez

while utilizing the services of a certified Spanish interpreter.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the February 4, 2011, date, and that Ms. Beckwith has authorized Ms. Santos to sign this stipulation on her behalf.

**IT IS SO STIPULATED**.

Dated: Jan. 27, 2011                    /S/ Dina L. Santos
                                        DINA L. SANTOS
                                        Attorney for
                                        CESAR PACHECO ALVAREZ

Dated: Jan 27, 2011                        /S/ Michele Beckwith
                                        MICHELE BECKWITH
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

Stipulation and Order               2

**O R D E R**

**IT IS SO ORDERED.**

Dated:   January 28, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge